THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SAUNDERS, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MOLLIE REIFE, Appellant, v. CAROLINE A. OSMERS, Respondent.— Order granting defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements, upon authority of Clarke v. Long Island Realty Co. (126 App. Div. 282), but with leave to plaintiff (if so advised) to begin an action for specific performance, which would carry with it the city's award in the

condemnation proceeding. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.